CHRISTOPHER C. JEW (State Bar No. 302193)
cjew@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone:  +1 213 443 4355
Facsimile:   +1 213 443 4310

Attorney for Defendant
DAVID RAYMOND DIXON, JR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN MARIA STARLING DIXON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RAYMOND DIXON, JR., an individual; and DOES 1-10,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF DAVID DIXON IN SUPPORT OF NOTICE OF REMOVAL OF ENTIRE ACTION**<br><br>Removed from Superior Court of California, Los Angeles County, 21STCV33152 |

*King & Spalding LLP*
*633 West Fifth Street*
*Suite 1600*
*Los Angeles, CA 90071*

## **DECLARATION OF DAVID DIXON**

I, David Dixon, state and declare as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto. I submit this declaration in support of my Notice of Removal of Entire Action.

2. I am an active duty Marine Officer in the United States Marine Corps and have been since 2003. My current rank is Lieutenant Colonel.

3. My home of record for the Marine Corps and the Department of Defense is, and has always been, 6531 Brentfield Court, Dallas, Texas, 75248.

4. I was first ordered to active duty from the state of Texas after my graduation from Texas A&M University in College Station, Texas. I was ordered to report to Marine Corps Officer Candidate School in Quantico, Virginia in January 2003.   Attached as **Exhibit A** is a true and correct copy of my application for Officer Programs, my original application for enlistment in the Armed Forces, and my original military orders notifying me of my selection for the Officer Candidate Course Program and assignment to active duty, redacted for personal identifiable information.

5. I am registered to vote in Texas at my permanent address of 6531 Brentfield Court, Dallas, Texas, 75248.  Attached as **Exhibit B** is a true and correct copy of my Texas voter registration and absentee ballot request and my Texas voter registration card, redacted for personal identifiable information.

6. The plaintiff, Jaclyn – who I filed for divorce from on January 2, 2020 - and I were married in Dallas, Texas on 11 August 2012.  Attached as **Exhibit C** is a true and correct copy of our Texas marriage license.

7. My driver's license is from Texas at my permanent address of 6531 Brentfield Court, Dallas, Texas, 75248.  This has been the address on my driver's license since I turned 16 and could legally drive in 1995.  Attached as **Exhibit D** is

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

a true and correct copy of my current driver's license, redacted for personal identifiable information.

8.    My address for tax purposes with the IRS on every tax return I have ever filed is my permanent address of 6531 Brentfield Court, Dallas, Texas, 75248. Attached as **Exhibit E** are true and correct copies of IRS Form 1040 from my 2019 and 2020 tax returns prepared by Certified Public Accountant Geoff Broyles, redacted for personal identifiable information and financial information

9.    My vehicle (2007 Toyota 4 Runner) is registered in Texas.  Attached as **Exhibit F** is a true and correct copy of my current vehicle registration.

10.    The small business that I own and operate, Callsign Enterprises LLC, is registered in Texas at my permanent address of 6531 Brentfield Court, Dallas, Texas, 75248.  For that matter, the business that Jaclyn owns and operates, VLX International LLC, is also registered at the same address, 6531 Brentfield Court, Dallas, Texas, 75248.  I am a Registered Agent of her business, VLX International. Both Jaclyn and I incorporated our businesses in 2014 with the state of Texas. Attached as **Exhibit G** are true and correct copies of the Certificate of Filing for Callsign Enterprises from the Texas Secretary of State, the current Public Information Reports from the Texas Comptroller of Public Accounts for Callsign Enterprises LLC and VLX International LLC, and the current Franchise Tax Account Status for VLX International LLC.

11.    I am on orders as an active-duty Marine to the Department of Homeland Security in Washington, DC.  Per my military orders, I left California on 19 July 2021 and I checked into my new command in Washington DC on 27 July 2021.  As such, I currently live in Arlington, VA at 3936 North Upland, Arlington, VA 22207. Attached as **Exhibit H** is a true and correct copy of my current military orders dated 19 July 2021 that detached me from the state of California and moved me to Washington DC, redacted for personal identifiable information.

DECLARATION OF DAVID DIXON IN SUPPORT OF NOTICE OF REMOVAL OF ENTIRE ACTION

12.     I have never had any intention of living in California permanently or being a citizen of California. I have only ever lived in California while on active duty orders.

13.     I was personally served this lawsuit at my home in Arlington, VA on 18 September 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 18, 2021 at Arlington, VA.

DAVID R. DIXON

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

DECLARATION OF DAVID DIXON IN SUPPORT OF NOTICE OF REMOVAL OF ENTIRE ACTION

# Exhibit A

**APPLICATION FOR OFFICER PROGRAMS**
NAVMAC 10418 (REV. 7-86) (Previous edition will not be used)
SN: 0000-00-004-6010 U/I: PAD (100 SHEETS PER PAD)

DATE: 021105

(1120)



**S**

| 1. SOCIAL SECURITY NUMBER | 2. NAME (Last, First, Middle (maiden, if any), Jr, Sr, etc) |
|---|---|
| ▮ | DIXON DAVID RAYMOND JR |

| 3. DATE AND PLACE OF BIRTH (City, County, State) | 4. SEX | 5. RACE | 6. ETHNIC | 7. CITIZEN | CAUS | 8. NO. DEPENDENTS |
|---|---|---|---|---|---|---|
| ▮ | M | C | Y | X Yes ☐ No | | S0 |

| 9. LOCAL ADDRESS (Number, Street, City, County, State, ZIP Code) | 10. PERMANENT HOME OF RECORD (Number, street, city, county, state, ZIP code) |
|---|---|
| 400 MARION PUGH #1506 | 6531 BRENTFIELD COURT |
| COLLEGE STATION, BRAZOS, TX 778400000 | DALLAS, DALLAS, TX 752480000 |
| 041 - 48 - 778400000 | 113 - 48 - 752480000 |

| 11. RECRUITED FROM | | | | 12. REFERRED BY SSN | 13. ORDERS TO (1./P/O) | 14. PRIOR SVC |
|---|---|---|---|---|---|---|
| ACTY TC | SRC WKI | PPC NO. | | | P | N |

| 15. CONTRACT DATE | 16. SCHOOL INFORMATION | | | | | |
|---|---|---|---|---|---|---|
| 021105 | a. COLLEGE CODE 4482 | b. EDUC/MAJ 6 / J5 | c. GPA 3.49 | d. HS CODE 0000000000 | | |
| | e. GRADUATION DATE: CURR PROJ | | | ACTUAL 021220 | | |

| 17. BS/OSO NO. | 18. OSO SSN | 19. PGM/COMP | 20. CLASS/TRNG INCR |
|---|---|---|---|
| 952/2 | | 1B | 0182 |

| 21 TEST SCORES | a. ASVAB RAW SCORES | GS | AR | WK | PC | NO | CS | AS | MK | MC | EI | VE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | b. COMPOSITE SCORES | GT | GM | EL | CL | MM | CO | FA | | | | |

| | ACT | MCT | OAR | d. SAT | MATH | VERB | COMP | e. AVIATION OR USAT | AQT/FAR/BI (USAT) |
|---|---|---|---|---|---|---|---|---|---|
| c. OAR | / | / | | | 680 / | 610 / | 1290 | | |

| 22. PFT | 281 | 23. WAIVERS ROD | | 24. DT TO DIST 021030 | 25. PROJ COMM DT. | 030328 |
|---|---|---|---|---|---|---|

** HT 74 WT 207  VS  IS  OT **

RELATIVES WHO SERVED OR ARE SERVING IN THE ARMED FORCES (List names, rank, and branch of service. Use additional sheet if necessary.)

NONE

| | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|
| 1. | Have you ever applied for or been a member of any ROTC or other type of officer candidate program? | | DLY | 9. | Have you ever been in jail, reform school, or penitentiary? | | DRD |
| 2. | Have you ever failed in any military Flight Training Program? | | DRD | 10. | Are you now, or have you ever been on parole, probation, suspension, or other form of restraints? | | DRD |
| 3. | Have you ever previously applied for the Armed Forces? | | DRD | 11. | Are you a conscientious objector? | | DRD |
| 4. | Have you ever been rejected for enlistment or reenlistment in any branch of the Armed Forces? | | DRD | 12. | Have you ever been convicted or the subject of an action tantamount to conviction of a drug abuse? | | DRD |
| 5. | Have you ever claimed or been granted a pension, disability allowance, compensation or retired pay from the Federal Government? | | DRD | 13. | Have you ever been psychologically or physically dependent upon any drugs or alcohol? | | DRD |
| 6. | Are you a "sole surviving" son? | | DRD | 14. | Have you ever used non-prescribed or illegal drugs? | | DRD |
| 7. | Have you ever been arrested, convicted or sentenced by a court? | | DRD | 15. | Have you ever been a trafficker* of illegal drugs? | | DRD |
| 8. | Have you ever received a suspended sentence by a court? | | DRD | 16. | Do you qualify for permanent restrictions assignments? (family member, KIA/100%s disability while serving in hostile fire area) | | DRD |

**IF YOU ANSWER "YES" TO ANY OF THE ABOVE 16 QUESTIONS, ATTACH A STATEMENT EXPLAINING THE CIRCUMSTANCES.**

* Definition of "Trafficking": The commercial and wrongful sale or transfer of a controlled substance for profit, and/or the wrongful possession of a controlled substance with the intent to sell or transfer it for profit.

I certify that the information contained in this application is true, complete and correct to the best of my knowledge and belief. I understand that knowing and willful false statements on this form can be punished by a fine or imprisonment or both (See U.S. Code Title 18, Section 1001).

APPLICANT'S SIGNATURE    DAVID RAYMOND DIXON JR

SIGNATURE (CO, OSO.)

SIDNEY R. WELCH, CAPTAIN  USMC  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
952/2    COLLEGE STATION, TX

## ENLISTMENT/REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 USC 3331; 32 USC 708, 44 USC 708 and 3101; 10 USC 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087; 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 6012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSE(S):** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USE(S):** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

### A. ENLISTEE/REENLISTEE IDENTIFICATION DATA

| 1. NAME (Last, First, Middle) | | 2. SOCIAL SECURITY NUMBER | | | |
|---|---|---|---|---|---|
| DIXON JR DAVID RAYMOND | | | | | |
| 3. HOME OF RECORD (Street, City, State, ZIP Code) 6531 BRENTFIELD COURT | | 4. PLACE OF ENLISTMENT/REENLISTMENT (Mil. Installation, City, State) | | | |
| DALLAS, TX 75248 | | OSS COLLEGE STATION, TX | | | |
| 5. DATE OF ENLISTMENT/ REENLISTMENT (YYYYMMDD) | 6. DATE OF BIRTH (YYYYMMDD) | 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
| 20021105 | | a. TOTAL ACTIVE MILITARY SERVICE | | | |
| | | b. TOTAL INACTIVE MILITARY SERVICE | | | |

### B. AGREEMENTS

8. I am enlisting/reenlisting in the United States (list branch of service) __MARINE CORPS RESERVE__ this date for ___8___ years and ___0___ weeks beginning in pay grade ___PVT/E-1___. The additional details of my enlistment/reenlistment are in Section C and Annex(es) __B & C__

a. FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP):
I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by (list date (YYYYMMDD)) _____ for enlistment in the Regular component of the United States (list branch of service) _____ for not less than _____ years and _____ weeks. My enlistment in the DEP is in a nonpay status. I understand that my period in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

b. REMARKS: (If none, so state )

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.

Initials of Enlistee/Reenlistee DRD

(Continued on reverse side)

DD FORM 4/1, AUG 1998 (EG)





**UNITED STATES MARINE CORPS**

8TH MARINE CORPS DISTRICT
BUILDING 10, NAVAL SUPPORT ACTIVITY
NEW ORLEANS, LOUISIANA 70142-5100

IN REPLY REFER TO:
1311
AOP
03 JAN 03

From:   Commanding Officer

**To:    CANDIDATE DAVID R DIXON JR USMCR**

Home Address:   6531 BRENTFIELD COURT
DALLAS, TX 752480000

School Address:   400 MARION PUGH, #1506
COLLEGE STATION, TX 778400000

| 0182 | 1B | OCC-GND |
|------|-----|---------|
| DATES OF COURSE: | | 20 JAN 03 - 28 MAR 03 |
| SSN | | PEBD 20030118 |

**Subj: SELECTION FOR THE OFFICER CANDIDATE COURSE PROGRAM AND ASSIGNMENT TO ACTIVE DUTY FOR TRAINING**

Encl:   (1) General Instructions

1.  Your application for the Officer Candidate Course Leaders Class has been considered by a board of officers convened at this Command, and it is a pleasure to inform you that you have been selected for participation in the subject program.

2.  You are assigned to extended active duty in excess of 90 days on such date as will enable you to report between 1400 and 1800 on     19 January 2003     to the Commanding Officer, Officer Candidates School, Marine Corps Combat Development Command, Quantico, VA for duty under instruction in the Officer Candidate Course program. Further assignment will be directed by the Commanding Officer, Officer Candidates School per your current service agreement.

3.  If your Home of Record is not as indicated above, inform the Commanding Officer, Eighth Marine Corps District prior to commencement of travels.  Also inform the Commanding Officer, Eighth Marine Corps District (AOP) of any changes affecting your address, physical or academic status.  All correspondence should be forwarded via your Officer Selection Officer.

4.  Travel via privately owned vehicle is authorized.  Proceed time is not authorized.  Transportation of dependents and shipment of household goods are not authorized under these orders.

5.  Commanding Officer/Inspector-Instructor Staff, of respected Reserve Unit.  Transfer subject named Marine via unit diary using the following transfer entry:

**TTC 883  20030119  TR ROTP    MCC  068  COMP CODE C9  EAS  20030328  EDA  20030120**

**6. SUBJECT NAMED CANDIDATE IS BEING ORDERED TO ACTIVE DUTY FOR TRAINING IN EXCESS OF 30 DAY**

7.  Travel Chargeable to:

   **FY  2003 - APPN 1731105.2750 021 41690 067443 2D 00000 000000074123 (MALT)**
   **FY  2003 - APPN 1731105.2750 021 41690 067443 2D 00000 000000074125 (PER DIEM)**
   **FY  2003 - APPN 1731105.2750 021 41690 067443 2D 00000 000000074173 (AIR TRAVEL)**

R.F. KUHLOW

Copy to:
OSO, College Station, TX
RS,

**FIRST ENDORSEMENT**

1.  I received these orders at _____ at _____ on _____
                                    (City and State)                (Time)                (Date)

2.  I hereby voluntarily accept these orders, understanding that during my actual period of active duty for training, I am subject to the Uniform Code of Military Justice.

_____
(Signature)

OFFICER CANDIDATE ASSIGNMENT TO ACTIVE DUTY FOR TRAINING ORDERS (1321)
NAVMC HQ 755 (REV. 1-92) (REPRINTED 7-01)

# Exhibit B

# Voter Registration and Absentee Ballot Request
## Federal Post Card Application (FPCA)

Print clearly in blue or black ink, please see back for instructions.

**This form is for absent Uniformed Service members, their families, and citizens residing outside the United States. It is used to register to vote, request an absentee ballot, and update your contact information. See your state's instructions at FVAP.gov.**

## 1. Who are you? Pick one.

I request an absentee ballot for all elections in which I am eligible to vote AND:

- ☒ I am on active duty in the Uniformed Services or Merchant Marine –OR– ☐ I am an eligible spouse or dependent.
- ☐ I am a U.S. citizen living outside the country, and I intend to return.
- ☐ I am a U.S. citizen living outside the country, and my intent to return is uncertain.
- ☐ I am a U.S. citizen living outside the country, and I have never lived in the United States.

| | | | | |
|---|---|---|---|---|
| Last name | Dixon | Suffix (Jr., II) | Jr | Sex ☐ Female ☒ Male |
| First name | David | Previous names (if applicable) | | |
| Middle name | Raymond | Birth date (MM/DD/YYYY) | ██ / ██ / ████ | |
| Social Security Number | ██ █ - █ █ - █ █ █ █ | Driver's license or State ID # | TX █████ | |

## 2. What is your address in the U.S. state or territory where you are registering to vote and requesting an absentee ballot?

Your voting materials will not be sent to this address. See instructions on other side of form.

| | | | |
|---|---|---|---|
| Street address | 6531 Brentfield Ct | Apt # | |
| City, town, village | Dallas | State | TX |
| County | Dallas | ZIP | 75248 |

## 3. Where are you now? You MUST give your CURRENT address to receive your voting materials.

Your mailing address. (Different from above)

3936 N. Upland St
Arlington, VA 22207

Your mail forwarding address. (If different from mailing address)

## 4. What is your contact information? This is so election officials can reach you about your request.

Provide the country code and area code with your phone and fax number. Do not use a Defense Switched Network (DSN) number.

| | | | |
|---|---|---|---|
| Email: | drd032@mail.harvard.edu | Phone: | 571-221-9479 |
| Alternate email: | ddix12@gmail.com | Fax: | |

## 5. What are your preferences for upcoming elections?

A. How do you want to receive voting materials from your election office? (Select One)
- ☐ Mail
- ☒ Email or online
- ☐ Fax

B. What is your political party for primary elections? ██████

## 6. What additional information must you provide?

Puerto Rico and Vermont require more information, see back for instructions. *Additional state instructions* may be found at FVAP.gov. You may also use this space to clarify your voter information.

I am an active-duty Lieutenant Colonel in the Marine Corps currently stationed in Washington DC and living in Virginia. I grew up in Texas, graduated from high school and college in Texas, and commissioned in the military out of Texas. I have a Texas drivers license (at the same address 6531 Brentfield Ct., Dallas, TX 75248), and my vehicle is registered in Texas.

## 7. You must read and sign this statement.

**I swear or affirm, under penalty of perjury, that:**

- The information on this form is true, accurate, and complete to the best of my knowledge. I understand that a material misstatement of fact in completion of this document may constitute grounds for conviction of perjury.
- I am a U.S. citizen, at least 18 years of age (or will be by the day of the election), eligible to vote in the requested jurisdiction, and
- I am not disqualified to vote due to having been convicted of a felony or other disqualifying offense, nor have I been adjudicated mentally incompetent; or if so, my voting rights have been reinstated; and
- I am not registering, requesting a ballot, or voting in any other jurisdiction in the United States, except the jurisdiction cited in this voting form.

**Sign here X** *D~ R D+*

**Today's date (MM/DD/YYYY)** 09 / 01 / 2021

# You can vote wherever you are.

## 1. Fill out your form completely and accurately.

- Your U.S. address is used to determine where you are eligible to vote absentee. For military voters, it is usually your last address in your state of legal residence. For overseas citizens, it is usually the last place you lived before moving overseas. You do not need to have any current ties with this address. DO NOT write a PO Box # in section 2.

- Most states allow you to provide a Driver's License number or the last 4 digits of your SSN. Some states require a full SSN. See your state's guidelines at FVAP.gov.

- If you cannot receive mail at your mailing address, please specify a mail forwarding address.

- Most states require you to specify a political party to vote in primary elections. This information may be used to register you with a party.

- **Section 6 Requirements:** If your voting residence is Vermont, you must acknowledge the following by writing in section 6: "I swear or affirm that I have taken the Vermont Voter's Oath." If your voting residence is in Puerto Rico, you must list your mother's and father's first name.

- We recommend that you complete and submit this form every year while you are an absentee voter.

## 2. Remember to sign this form!

## 3. Remove the adhesive liner from the top and sides.
Fold and seal tightly. If you printed out the form yourself you can fold the form and seal it in an envelope.

- You can find the address for your election office at FVAP.gov.

- All states accept this form by mail, but they vary on email and fax. See your state's rules in the *Voting Assistance Guide* at FVAP.gov.

## Agency Disclosure Statement

The public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instruct ons, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden to: Department of Defense, Washington Headquarters Services, Executive Services Directorate, Information Management Division, 4800 Mark Center Dr., East Tower, Su te 03F09, Alexandria, VA 22350-3100. [OMB Control #0704-0503]. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. DO NOT RETURN YOUR FORM TO THE ADDRESS ABOVE.

## Privacy Advisory

When completed, this form contains personally identifiable information and is protected by the Privacy Act of 1974, as amended.

## Questions?
## Email vote@fvap.gov

---

**From**
**(Your name and mailing address)**

Lieutenant Colonel David R. Dixon
3936 N. Upland St
Arlington, VA 22207

International airmail postage is required if not mailed using the U.S. Postal Service, APO/FPO/DPO system, or diplomatic pouch.

U.S. Postage Paid
39 USC 3406

PAR AVION





OFFICIAL ABSENTEE BALLOTING MATERIAL – FIRST CLASS MAIL

NO POSTAGE NECESSARY IN THE U.S. MAIL – DMM 703.8.0

**To**
**(Fill in the address of your election office.**
**The address can be found online at FVAP.gov.)**

Dallas County Early Voting Clerk
1520 Round Table Dr.
Dallas, TX 75247



# Exhibit C



*No.* 20120010812

# STATE OF TEXAS

## MARRIAGE LICENSE

## COUNTY OF DALLAS

To all licensed or ordained Christian Ministers and Priests; Jewish Rabbis; or persons who are officers of religious organizations; and who are duly authorized by the organization to conduct marriage ceremonies; Justices of the supreme court, Judges of the court of criminal appeals; Justices of the courts of civil appeals; Judges of the district, county, and probate courts; Judges of the county courts at law, courts of domestic relations and juvenile courts; Justices of the peace, and Judges of the Federal courts of this State:

### GREETING:

YOU ARE HEREBY AUTHORIZED TO CELEBRATE THE

## RITES OF MATRIMONY

BETWEEN     DAVID RAYMOND DIXON JR.

AND          JACLYN MARIA STARLING WALLENMEYER

and Make due return to the Clerk of the County of DALLAS COUNTY, TEXAS, within THIRTY days thereafter, certifying your action under this license.

WITNESS my official signature and seal of office at office located in Dallas, Texas, on this 9th    day of   August 2012      At      2:33 PM
Honorable John F. Warren, County Clerk Dallas County, Texas

By _____ , Deputy
Gloria Cox, Deputy JP 3-2

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

I, the undersigned hereby certify that on the  11th

day of   August    ,   2012   , I united in

Marriage the named above.    WITNESS my hand,

Ferguson Harris
Name of Official          3360 MOCKINGBIRD LN,  DALLAS, TX 75205
Navy Chaplain, San Diego, CA 92124
                          Official Title and Address

County of Marriage  Dallas County

Witnesses: Permissible, but not required                SEP 05 2012

_____                           Recorded
Witness

Ashley M. Romanies
Witness



NAME OF MALE:     DAVID RAYMOND DIXON JR
DATE OF BIRTH:
PLACE OF BIRTH:
    AND

NAME OF FEMALE:   JACLYN MARIA STARLING WALLENMEYER
DATE OF BIRTH:
PLACE OF BIRTH:

1. If a marriage ceremony has not been conducted before the 31st day
after the date the license is issued, the marriage license expires. [Texas
Family Code, Sec.2.201].

2. The marriage ceremony may not take place during the 72-hour period
immediately following the issuance of the marriage license unless: (a)an
applicant is a member of the armed forces of the United States and on
active duty; or (b)an applicant obtains a written waiver permitting the
marriage ceremony to take place during the 72-hour period immediately
following the issuance of the marriage license from a judge of a court
with jurisdiction in family law cases, a justice of the supreme court, a
judge of the court of criminal appeals, a county judge, or a judge of a
court of appeals.[Texas Family Code, Sec. 2.204].

3. By my signature I affirm that printed materials about acquired immune
deficiency syndrome (AIDS) and human immunodeficiency virus (HIV)
prepared by the Texas Department of Health as required by [Texas
Family Code, Section 2.009, Subsection (c)Sec. 3 and Section 2.010]
were distributed to each applicant.


DISTRIBUTED AND ISSUED ON: AUGUST 9,   2012
HONORABLE JOHN F. WARREN, COUNTY CLERK, DALLAS COUNTY
By
    Gloria Cox, Deputy JH 3-2


**Active Military**

                              SEP 05 2012
Returned and filed for record _____ AD _____
                              SEP 05 2012
   and recorded the _____ AD _____

By _____ Deputy    Honorable John F.Warren
                                              COUNTY CLERK



                    AFTER RECORDING RETURN LICENSE TO:
                    Mr. and Mrs. DAVID DIXON JR
                    307 THIRD AVE
                    QUANTICO, VA 22134

# Exhibit D



Exhibit E

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) U.S. Individual Income Tax Return | **2019** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status**
Check only one box.

☐ Single   ☐ Married filing jointly   ☐ Married filing separately (MFS)   ☒ Head of household (HOH)   ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| David R | Dixon, Jr | ▮▮▮▮▮▮▮▮ |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.   6531 Brentfield Ct   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).   Dallas TX 75248

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or ☐ You ☐ Spouse

Foreign country name   Foreign province/state/county   Foreign postal c

If more t   our dependents,
instructions and ✓ here ▶

**Standard Deduction**

Someone can claim:   ☐ You as a dependent   ☐ Your spouse as a dependent

☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You: ☐ Were born before January 2, 1955   ☐ Are blind   Spouse: ☐ Was born before Janua 2 55   ☐ Is blind

**Dependents** (see instructions):

| (1) First name        Last name | (2) Social security number | (3) Relations u | (4) ✓ If qualifies for (see instructions): |   |
|---|---|---|---|---|
| | | | d tax credit | Credit for other dependents |
| Juliette        Dixon | ▮▮▮▮▮▮▮ | Daughter | ☒ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

| | | | | | |
|---|---|---|---|---|---|
| **Standard Deduction for—** • Single or Married filing separately, $12,200 • Married filing jointly or Qualifying widow(er), $24,400 • Head of household, $18,350 • If you checked any box under *Standard Deduction,* see instructions. | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | ▮▮▮▮ |
| | 2a | Tax-exempt interest .   .   .   . | 2a ▮▮▮ | b Taxable interest. Attach Sch. B if required | 2b |
| | 3a | Qualified dividends  .   .   .   . | 3a ▮▮▮ | b Ordinary dividends. Attach Sch. B if required | 3b |
| | 4a | IRA distributions  .   .   .   . | 4a | b Taxable amount  .   .   .   . | 4b |
| | c | Pensions and annuities  .   .   . | 4c | d   xable amount  .   .   .   . | 4d |
| | 5a | Social security benefits  .   .   . | 5a | b T able amount  .   .   .   . | 5b |
| | 6 | Capital gain or (loss). Attach Schedule D if requ d. If not re   d check here  .   .   .   .   .   . ▶ ☐ | | 6 |
| | 7a | Other income from Schedule 1, line 9 | | 7a |
| | b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This   your **total inco** .   .   .   .   . ▶ | | 7b |
| | 8a | Adjustments to income from Schedule   line 22 | | 8a |
| | b | Subtract line 8a from line 7b. This is you   usted gr   ome  .   .   .   .   . ▶ | | 8b |
| | 9 | **Standard deduction or itemized deduction**   m Schedule A) | 9 ▮▮▮ | |
| | 10 | Qualified business income de   F   5 or Form 8995-A | 10 | |
| | 11a | Add lines 9 and 10 | | 11a |
| | b | **Taxable income.** Subtract line 11a fr   e 8b. If zero or less, enter -0- .   .   .   .   . | | 11b |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notic   ee separate instructions.   Form **1040** (2019)

| Line | Description | | |
|---|---|---|---|
| 12a | **Tax** (see inst.) Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ | 12a | |
| b | Add Schedule 2, line 3, and line 12a and enter the total ▶ | | 12b |
| 13a | Child tax credit or credit for other dependents | 13a | |
| b | Add Schedule 3, line 7, and line 13a and enter the total ▶ | | 13b |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | | 14 |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | 15 |
| 16 | Add lines 14 and 15. This is your **total tax** ▶ | | 16 |
| 17 | Federal income tax withheld from Forms W-2 and 1099 | | 17 |
| 18 | Other payments and refundable credits: | | |
| a | Earned income credit (EIC) No | 18a | |
| b | Additional child tax credit. Attach Schedule 8812 | 18b | |
| c | American opportunity credit from Form 8863, line 8 | 18c | |
| d | Schedule 3, line 14 | 18d | |
| e | Add lines 18a through 18d. These are your **total other payments and refundable credits** ▶ | | 1 |
| 19 | Add lines 17 and 18e. These are your **total payments** | | 19 |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

**Refund**

| | | | |
|---|---|---|---|
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | | 0 |
| 21a | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | 21a |
| ▶ b | Routing number [redacted] ▶ c Type: ☒ Checking ☐ S ng | | |
| ▶ d | Account number [redacted] | | |
| 22 | Amount of line 20 you want **applied to your 2020 estimated tax** ▶ | 2 | |

Direct deposit? See instructions.

**Amount You Owe**

| | | | |
|---|---|---|---|
| 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instru ns ▶ | | 23 |
| 24 | Estimated tax penalty (see instructions) ▶ | 4 | |

**Third Party Designee** (Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss with t RS? See instructions. ☐ **Yes.** Complete below. ☒ **No**

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and acco nying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based l information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | M ine Officer | |
| Spouse's signature. If a joint return, **both** must sign. | D | Spouse occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. | Email addres | | |

**Paid Preparer Use Only**

| Preparer's name | Preparer's sig ure | Date | PTIN | Check if: |
|---|---|---|---|---|
| Geoff Broyles CPA | | 10/14/2020 | P01389810 | ☒ 3rd Party Designee |
| Firm's name ▶ Pilcher and Pil er | | Phone no. (903)893-9977 | | ☒ Self-employed |
| Firm's address ▶ 213 N Crockett S e 102 Sherman TX 75090 | | Firm's EIN ▶ 47-3476544 | | |

DO NOT MAIL

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return**
**2020** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☒ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| David R | Dixon, Jr | |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. 6531 Brentfield Ct   Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below. Dallas   State TX   ZIP code 75248

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name   Foreign province/state/county   Foreign postal code

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction**

Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1956 ☐ Are blind Spouse: ☐ Was born before January 2, 1956 ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| Juliette    Dixon | | | ☒ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

**Attach Sch. B if required.**

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | |
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b |
| 3a | Qualified dividends | 3a | b Ordinary dividends | 3b |
| 4a | IRA distributions | 4a | b Taxable amount | 4b |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b |
| 6a | Social security benefits | 6a | b Taxable amount | 6b |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 7 | |
| 8 | Other income from Schedule 1, line 9 | | 8 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income ▶ | | 9 | |

**Standard Deduction for—**
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under *Standard Deduction*, see instructions.

| | | | | |
|---|---|---|---|---|
| 10 | Adjustments to income: | | | |
| a | From Schedule 1, line 22 | 10a | | |
| b | Charitable contributions if you take the standard deduction. See instructions | 10b | | |
| c | Add lines 10a and 10b. These are your total adjustments to income ▶ | | 10c | |
| 11 | Subtract line 10c from line 9. This is your adjusted gross income ▶ | | 11 | |
| 12 | Standard deduction or itemized deductions (from Schedule A) | | 12 | |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | 13 | |
| 14 | Add lines 12 and 13 | | 14 | |
| 15 | Taxable income. Subtract line 14 from line 11. If zero or less, enter -0- | | 15 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2020)

Form 1040 (2020)                                                                                                    Page **2**

| | | | | |
|---|---|---|---|---|
| **16** | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814  **2** ☐ 4972  **3** ☐ _____ | | **16** | |
| **17** | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . . | | **17** | |
| **18** | Add lines 16 and 17 . . . . . . . . . . . . . . . . . . | | **18** | |
| **19** | Child tax credit or credit for other dependents . . . . . . . . . | | **19** | |
| **20** | Amount from Schedule 3, line 7 . . . . . . . . . . . . . . | | **20** | |
| **21** | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . | | **21** | |
| **22** | Subtract line 21 from line 18. If zero or less, enter -0- . . . . . . | | **22** | |
| **23** | Other taxes, including self-employment tax, from Schedule 2, line 10 . . | | **23** | |
| **24** | Add lines 22 and 23. This is your **total tax** . . . . . . . ▶ | | **24** | |
| **25** | Federal income tax withheld from: | | | |
| **a** | Form(s) W-2 . . . . . . . . . . . | **25a** | | |
| **b** | Form(s) 1099 . . . . . . . . . . . | **25b** | | |
| **c** | Other forms (see instructions) . . . . . | **25c** | | |
| **d** | Add lines 25a through 25c . . . . . . . . . . . . . . . | | **2** | |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

| | | | | |
|---|---|---|---|---|
| **26** | 2020 estimated tax payments and amount applied from 2019 return . . | | **26** | |
| **27** | Earned income credit (EIC) . . . . . . . . No | **27** | | |
| **28** | Additional child tax credit. Attach Schedule 8812 . . | **28** | | |
| **29** | American opportunity credit from Form 8863, line 8 . . | **29** | | |
| **30** | Recovery rebate credit. See instructions . . . . . | **30** | | |
| **31** | Amount from Schedule 3, line 13 . . . . . . . . | **1** | | |
| **32** | Add lines 27 through 31. These are your **total other payments and refund** le dits . . . ▶ | | **32** | |
| **33** | Add lines 25d, 26, and 32. These are your **total payments** . . . . . . . . ▶ | | **33** | |

| **Refund** | **34** | If line 33 is more than line 24, subtract line 24 from line 33. This is a nt yo overpaid | | **34** | |
|---|---|---|---|---|---|
| | **35a** | Amount of line 34 you want **refunded to you.** If Form 8888 is attach heck . . . ▶ ☐ | | **35a** | |
| Direct deposit? See instructions. | ▶**b** | Routing number ███████████████  ▶ **c** Type: ☒ Checking  ☐ Savings | | | |
| | ▶**d** | Account number ██████████████████ | | | |
| | **36** | Amount of line 34 you want **applied to your 2021 estim** ed tax . . ▶ | **36** | | |
| **Amount You Owe** | **37** | Subtract line 33 from line 24. This is the **amount you** now . . . . . . . . ▶ | | **37** | |
| For details on how to pay, see instructions. | | **Note:** Schedule H and Schedule SE filers, line 3 may n present all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | | |
| | **38** | Estimated tax penalty (see instructions) . . . . . . . ▶ | **38** | | |

| **Third Party Designee** | Do you want to allow another person to d uss this um with the IRS? See instructions . . . . . . . . . . . . . . . ▶ ☒ **Yes. Complete below.**  ☐ **No** | | |
|---|---|---|---|
| | Designee's name ▶ Geoff Broyles CPA | Pho no. (903)893-9977 | Personal Identification number (PIN) ▶ ██████████ |

| **Sign Here** | Under penalties of perjury, I declare that I examin and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. De ion of prep rer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | Your signature | Date | Your occupation  Marine Officer | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
| Joint return? See instructions. Keep a copy for your records. | Spouse's signature. If a joint return, **both** sign. | Date | Spouse's occupation | If the IRS sent you your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |
| | Phone no. | | Email address | |

| **Paid Preparer Use Only** | Preparer's name  Geoff Bro es CPA | Preparer's signature | Date  10/11/2021 | PTIN  P01389810 | Check if: ☒ Self-employed |
|---|---|---|---|---|---|
| | Firm's name ▶ ilcher d Pilcher | | | Phone no. (903)893-9977 | |
| | Firm's address ▶ N C ckett St Ste 102 Sherman TX 75090 | | | Firm's EIN ▶ 47-3476544 | |

Go to *www.irs.gov/Form10* ctions an the latest information.         BAA         REV 08/30/21 PRO         Form **1040** (2020)

# Exhibit F

 Texas Department *of* Motor Vehicles

## REGISTRATION PURPOSES ONLY APPLICATION RECEIPT

COUNTY: DALLAS

PLATE NO: PWS5941
DOCUMENT NO: 05751944424151142

TAC NAME: JOHN R. AMES
DATE: 08/18/2021
TIME: 03:11PM
EMPLOYEE ID: JO3026

EFFECTIVE DATE: 08/18/2021
EXPIRATION DATE: 7/2022
TRANSACTION ID: 05751944:24151142

OWNER NAME AND ADDRESS
DAVID R DIXON JR
6531 BRENTFIELD CT
DALLAS, TX 75248

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER-TRUCK PLT
ORGANIZATION:
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: JTEZU14R878078155       VEHICLE CLASSIFICATION: PASS
YR/MAKE: 2007/TOYT  MODEL: 4RU  BODY STYLE: LL    UNIT NO:
EMPTY WT: 5100   CARRYING CAPACITY: 0      GROSS WT: 5100   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                      TVL TRLR L/W/SQFT: 0'0"
PREV OWNER NAME: SAME                    PREV CITY/STATE: DALLAS, TX

INVENTORY ITEM(S)                 YR
PASSENGER-TRUCK PLT
WINDSHIELD STICKER               2022

VEHICLE RECORD NOTATIONS
E-REMINDER & PAPER RENEWAL NOTICE
MAJOR COLOR: WHITE

| FEES ASSESSED | | |
|---|---|---|
| TITLE APPLICATION FEE | $ | 13.00 |
| TEXAS MOBILITY FUND FEE | $ | 20.00 |
| SALES TAX FEE | $ | 90.00 |
| WINDSHIELD STICKER | $ | 50.75 |
| REG FEE-DPS | $ | 1.00 |
| CNTY ROAD BRIDGE ADD-ON FEE | $ | 10.00 |
| CHILD SAFETY FUND | $ | 1.50 |
| INSPECTION FEE-OBDNL | $ | 8.25 |
| PROCESSING AND HANDLING FEE | $ | 4.75 |
| TOTAL | | 199.25 |

METHOD OF PAYMENT AND PAYMENT AMOUNT:
CHARGE $          199.25

ODOMETER READING: EXEMPT   BRAND:
OWNERSHIP EVIDENCE: NONE SURRENDERED (RPO)
1ST LIEN

TOTAL AMOUNT PAID $       199.25

SALES TAX CATEGORY: NEW RESIDT

2ND LIEN

3RD LIEN

Date of Assignment/Sales Tax Date: 08/18/2021
Sales Price $          0.00
Less Trade In Allowance $      0.00
Taxable Amount $      0.00
Sales Tax Paid $         90.00
Less Other State Tax Paid $   0.00
Tax Penalty $          0.00
TOTAL TAX PAID $        90.00
Batch No: 5194442401     Batch Count: 33

THIS RECEIPT TO BE CARRIED IN ALL COMMERCIAL VEHICLES.

**PEEL FROM BACK ONLY / DESPEGUE POR DETRÁS**

**Peel sticker from any corner.**
**Despegue la calcomanía de cualquier esquina.**

PWS5941

# 07 22

DALLAS                    78078155

WINDSHIELD STICKER//
CALCOMANÍA DE PARABRISAS

**OR**

PLATE STICKER//
CALCOMANÍA DE PLACA

Pat. No. 5,758,175

# Exhibit G



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Nandita Berry
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

### Callsign Enterprises LLC
File Number: 801917486

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Formation for the above named Domestic Limited Liability Company (LLC) has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

The issuance of this certificate does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 01/17/2014

Effective: 01/17/2014



*Nandita Berry*

Nandita Berry
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

| | | |
|---|---|---|
| Phone: (512) 463-5555 | Fax: (512) 463-5709 | Dial: 7-1-1 for Relay Services |
| Prepared by: Jennifer Williams | TID: 10306 | Document: 525387090002 |

# Public Information Report

**Public Information Report**
**CALLSIGN ENTERPRISES LLC**
Report Year :2019

---

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

---

| Title | Name and Address |
|---|---|
| PRESIDENT | **DAVID R DIXON JR** 6531 BRENTFIELD COURT DALLAS, TX 75248 |
| DIRECTOR | **DAVID R DIXON JR** 6531 BRENTFIELD COURT DALLAS, TX 75248 |

# Public Information Report

**Public Information Report**
**VLX INTERNATIONAL LLC**
Report Year :2018

---

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

---

| Title | Name and Address |
|-------|------------------|
| DIRECTOR | **JACKIE DIXON** <br> 13702 PINNACLE ST WOODBRIDGE, VA 22191 |
| PRESIDENT | **JACKIE DIXON** <br> 13702 PINNACLE ST WOODBRIDGE, VA 22191 |

| Right to Transact Business in Texas | |
|---|---|
| Right to transact business in Texas indicates an entity's franchise tax account status. | |
| If Right to Transact Business is... | Then... |
| Active | The entity's right to transact business in Texas is intact. |
| Active, Eligible for Termination/Withdrawal | The entity has met franchise tax requirements to file for termination or withdrawal with the Texas Secretary of State. |
| Forfeited | The entity's right to transact business in Texas is forfeited . |
| Not Established | The entity has not completed a franchise tax accountability questionnaire with the Comptroller. |
| Franchise Tax Ended | The entity's franchise tax responsibilities ended because the entity has ceased to exist in its state or country of formation or has ceased doing business in Texas. |
| Franchise Tax Involuntarily Ended | The entity's registration or certificate was ended as a result of a tax forfeiture or an administrative forfeiture by Texas Secretary of State. |

**Additional help**





# Franchise Tax Account Status

As of : 10/12/2021 15:14:04

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| VLX INTERNATIONAL LLC | |
|---|---|
| **Texas Taxpayer Number** | 32053045293 |
| **Mailing Address** | 6531 BRENTFIELD CT DALLAS, TX 75248-2273 |
| ❓ **Right to Transact Business in Texas** | FRANCHISE TAX INVOLUNTARILY ENDED<br>Request tax clearance to reinstate entity |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 02/14/2014 |
| **Texas SOS File Number** | 0801922638 |
| **Registered Agent Name** | DAVID RAYMOND DIXON JR |
| **Registered Office Street Address** | 6531 BRENTFIELD CT DALLAS, TX 75248 |

# Exhibit  H



**UNITED STATES MARINE CORPS**
MARINE AIR GROUND TASK FORCE TRAINING COMMAND
MARINE CORPS AIR GROUND COMBAT CENTER
P. O. BOX 788200
TWENTYNINE PALMS, CALIFORNIA 92278

IN REPLY REFER TO:
1326
1C
19 Jul 21

FIRST ENDORSEMENT on CMC Washington DC Basic Orders of 5 March 2021

From:  Commanding General
To:    Lieutenant Colonel David R. Dixon, Jr. ▮▮▮▮▮▮▮▮▮ USMCR

Subj:  PERMANENT CHANGE OF STATION ORDERS

1. Delivered. Effective 0800, 19 July 2021 you will stand detached from your
present station and duties and report by 2359, 27 July 2021 to COMMANDING
OFFICER, STUDENT FELLOWSHIP SCHOLARSHIP/GRANTS, 1775 MASSACHUSETTS AVE NW,
WASHINGTON, D.C 20036 (MCC J59) for duty. Your actual assignment location for
this tour of duty will be Washington, D.C 20340.

2. You are authorized 0 day(s) proceed, 0 day(s) PDMRA, 0 day(s) delay
chargeable as annual leave, and 8 day(s) travel via Private Vehicle in
reporting to your new duty station. Your projected leave balance upon
completion of authorized delay is 132.5 day(s) accrued. Your dependents
authorized travel under these orders are:

| Dependent Name | Relationship | DOB/Gain |
|----------------|--------------|----------|
| JACLYN M. DIXON | (SP) | |
| JULIETTE V. DIXON | (LD) | |
| DONAVAN V. DIXON | (LS) | ▮▮▮▮▮▮ |
| and no others | | |

3. Should an emergency arise and you determine that more leave is required,
contact your new command. Your request must include the reason, number of
days requested, leave address, telephone number and your leave balance. You
have given the person to be notified in case of emergency as: DAVE R. DIXON
SR. (FATHER); address as: 6531 Brentfield Court, Dallas, Texas 75248;
telephone number: 972-880-5674. Any change of leave address shall be reported
to the Commanding Officer of your new duty station.

4. Before making any rental or lease agreements or purchasing a home, you
will report to the local military family housing office at your new duty
station. You will submit your travel claim to the disbursing officer at your
new duty station within 5 days after completion of travel to settle travel
expenses. Failure to comply will result in your pay account being checked for
your travel advance. Additionally, elapsed time will be charged as leave if
your travel claim has not been submitted to the disbursing officer within 30
days after completion of travel under these orders.

5. Your estimated travel entitlement is $5,525.00 based on MCTFS data at the
time the order was issued. It does not include any adjustments based on your
outbound interview answers. Limit your GTCC use to no more than 80% of this
amount. If traveling on Government procured transportation your reimbursement
amount will be lower than this estimate. The actual amount of final
entitlements will be computed upon settlement of your travel claim. Also at
the time of settlement you are required to split disburse all charges placed
on your card during your PCS move. Any GTCC use outside of PCS entitlements
constitutes misuse. Contact your APC for any GTCC related questions and your
supporting personnel administrative center for any PCS entitlement questions.

Subj: PERMANENT CHANGE OF STATION ORDERS

Your estimated travel entitlements are as follows:

### Travel Allowance Estimates

| | |
|---|---:|
| Member Military Air Commercial Travel: | $1,286.00 |
| Member Per Diem: | $500.00 |
| Member Mileage Allowance: | $0.00 |
| Family Member Military Air Commercial Travel: | $0.00 |
| Family Member Per Diem: | $0.00 |
| Dislocation Allowance: | $3,739.00 |
| | |
| Member Total Allowances: | $5,525.00 |
| Family Member Total Allowances: | $0.00 |

6.   A Temporary Lodging Expense (TLE) allowance is authorized for a total of 10 days (or 5 days, if from a Permanent Duty Station (PDS) in CONUS to a PDS outside CONUS) in connection with permanent change of station.  These temporary lodgings must be in fact a temporary place of residence, acquired in the vicinity of your old or new PDS or both.  You should try to obtain government quarters first.  If available, you must obtain a statement of non-availability from the local commander, if you intend to claim TLE.  If your old or new PDS where the TLE was incurred is not located at a post, camp, station, base, or depot or it is is in a city or metropolitan area, the statement of non-availability is not required.

7.   Upon arrival at your new duty station you are required to recertify your entitlement to BAH within 30 days of joining the command per reference(s).

8.   You are further advised that in accordance with MCO 1000.6 you may be eligible for 10 days permissive TAD house hunting, upon arrival to your new duty station.

9.   For emergency medical care while traveling go to the nearest emergency room and contact your Primary Care Manager (PCM) or Tricare Regional Representative within 24 hours in order to notify Tricare that services have been received. For non-emergency, urgent or routine care please contact your present Tricare Region as these items may require a referral from your PCM. It is recommended that all routine care be completed prior to detaching from your current command. A list of Tricare regions, resources and guidance on obtaining care while en route is available at: http://tricare.mil/GettingCare/Traveling.aspx or by calling 1-800-TRICARE (874-2273).

10.   TRAVEL FUNDING DETAILS
CIC: 67000221CTB4L98
COST CODE: 000000000000
SDN:M7000221CTB4L98

Digitally signed for authenticity with a trusted DOD Certificate on behalf of:
Civ Vasquez, John C (EDIPI: 1168525571)
Mon Jul 19 08:24:58 CDT 2021

J. C. VASQUEZ
By direction

Subj:   PERMANENT CHANGE OF STATION ORDERS

RECEIVING ENDORSEMENT

1.   I have read and understand the contents of my orders. I received these
orders at Twentynine Palms, California 92278 on 19 July 2021. I understand
that I am to report no later than 2359, 27 July 2021, to COMMANDING OFFICER,
STUDENT FELLOWSHIP SCHOLARSHIP/GRANTS, 1775 MASSACHUSETTS AVE NW, WASHINGTON,
D.C 20036 (MCC J59) for duty. I have in my possession my medical and dental
records. Your actual assignment location for this tour of duty will be
Washington, D.C 20340.

D. R. DIXON JR.

3

## CERTIFICATE OF SERVICE

I hereby certify that on Oct. 18, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that a true and correct copy of the foregoing was served by email and by U.S. Mail, postage prepaid, this 18th day of October 2021, on the following:

Andrew B. Brettler                     *Attorneys for Plaintiff*
Jake A. Camara                         *JACLYN MARIA STARLING DIXON*
**LAVELY & SINGER**
**PROFESSIONAL**
**CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, Califomia 90067-2906
Tel:   (310) 556-3501
Fax:  (310) 556-3615
Email:      abrettler@lavelysinger.com
                 jcamara@lavelysinger.com


_____
Ann Kurke

DECLARATION OF DAVID DIXON IN SUPPORT OF NOTICE OF REMOVAL OF ENTIRE ACTION

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071